PROOF OF SERVICE
*This section should not be filed with the court unless required by* Fed.. R. Civ. P. 4(1)

This summons for (*name of individual and title, if any*) __Superior Energy Services, LLC__

was received by me on (*date*) __10-11-2013__

☐ I personally served the summons and complaint on the individual at (*place*) _____ on (*date*) _____ ; or

☐ I left the summons and complaint at the individual's residence or usual place of abode with (*name*) _____, a person of suitable age and discretion who resides there, on (*date*) _____, and mailed a copy to the individual's last known address; or

☑ I served the summons and complaint on (*name of individual*) __Ophelia Thompson__
who is designated by law to accept service of process on behalf of (*name of organization*)
__Superior Energy Services, LLC__ on (*date*) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (*specify*)



My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: __10-11-13__

_____
Server's signature

__Montgomery Hoover, Investigator__
Printed name and title

__1304 Champagne St, Covington, LA 70433__
Server's address

Additional information regarding attempted service, etc.