The Honorable Thomas S. Zilly

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MARTIN MEAD, ANTHONY DISTEFANO, ANTHONY TOTTENHAM, VINCE PARTIN, CHARLES JOHNSON YOUNG, and JUSTIN SMITH,<br><br>        Plaintiffs,<br><br>vs.<br><br>SUPERIOR ENERGY SERVICES, LLC, a Louisiana corporation, and JOSEPH DAYTON, and the marital community comprised thereof,<br><br>        Defendants. | No. 2:13-cv-01808-TSZ<br><br>NOTICE OF APPEARANCE ON BEHALF OF DEFENDANTS |

TO:        THE CLERK OF THE COURT

TO:        Plaintiffs

AND TO    Plaintiffs' Counsel, Patrick L. McGuigan and Kathryn A. Kuhlenberg of HKM Employment Attorneys PLLC

PLEASE TAKE NOTICE that defendants **Superior Energy Services, LLC** and **Joseph Dayton**, without waiving insufficient service of process, lack of jurisdiction or any other defense, hereby make and enter their appearance in the above-entitled action by and through their attorneys Adam S. Belzberg and Graham & Dunn PC. All further papers and proceedings

NOTICE OF APPEARANCE ON BEHALF
OF DEFENDANTS -- 1

No. 2:13-cv-01808-TSZ
m46688-2062270.docx

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington  98121-1128
(206) 624-8300/Fax: (206) 340-9599

in this lawsuit, except original process, should be served upon defendants via the court's CM/ECF system, or in the appropriate circumstance, at the office address set forth below.

>Adam S. Belzberg
>GRAHAM & DUNN PC
>Pier 70, 2801 Alaskan Way Ste 300
>Seattle, WA  98121-1128
>(206) 340-9654 (o)
>(206) 340-9599 (f)
>Email:  abelzberg@grahamdunn.com

DATED this 29th day of  October, 2013.

>*s/Adam S. Belzberg*
>Adam S. Belzberg, WSBA #41022
>GRAHAM & DUNN PC
>Pier 70, 2801 Alaskan Way Ste 300
>Seattle, WA  98121-1128
>Tel:  (206) 340-9654
>Fax:  (206) 3409-9599
>Email:  abelzberg@grahamdunn.com
>*Attorneys for Defendants Superior Energy Services, LLC and Joseph Dayton*

NOTICE OF APPEARANCE ON BEHALF OF DEFENDANTS -- 2

No. 2:13-cv-01808-TSZ

m46688-2062270.docx

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington  98121-1128
(206) 624-8300/Fax: (206) 340-9599

**CERTIFICATE OF SERVICE**

The undersigned declares as follows:  on the 29th day of October, 2013, a copy of the foregoing document was served on counsel for plaintiff, via the court's CM/ECF system, at the address set forth below.

>Patrick L. McGuigan
>Kathryn A. Kuhlenberg
>HKM EMPLOYMENT ATTORNEYS PLLC
>1325 Fourth Ave Ste 540
>Seattle, WA  98101
>plmcguigan@hkm.com
>kkuhlenberg@hkm.com

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Signed at Seattle, Washington this 29th day of October, 2013.

>*s/Adam S. Belzberg*
>Adam S. Belzberg, WSBA #41022
>GRAHAM & DUNN PC
>Pier 70, 2801 Alaskan Way Ste 300
>Seattle, WA  98121-1128
>Tel:  (206) 340-9654
>Fax:  (206) 3409-9599
>Email:  abelzberg@grahamdunn.com
>*Attorneys for Defendants Superior Energy Services, LLC and Joseph Dayton*

NOTICE OF APPEARANCE ON BEHALF OF DEFENDANTS -- 3

No. 2:13-cv-01808-TSZ

m46688-2062270.docx

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington  98121-1128
(206) 624-8300/Fax: (206) 340-9599