The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTIN MEAD, ANTHONY DISTEFANO, ANTHONY TOTTENHAM, VINCE PARTIN, CHARLES JOHNSON YOUNG, and JUSTIN SMITH,<br><br>Plaintiffs,<br><br>vs.<br><br>SUPERIOR ENERGY SERVICES, LLC, a Louisiana corporation, and JOSEPH DAYTON, and the marital community comprised thereof,<br><br>Defendants. | No. 2:13-cv-01808-TSZ<br><br>CORPORATE DISCLOSURE STATEMENT OF DEFENDANT SUPERIOR ENERGY SERVICES, LLC |

Pursuant to Fed. R. Civ. P. 7(1), Defendant Superior Energy Services, LLC states that it is a business incorporated in the state of Louisiana. Defendant Superior Energy Services, LLC is a subsidiary of SESI, LLC. SESI, LLC is a subsidiary of Superior Energy Services, Inc. Superior Energy Services, Inc. is a publicly held corporation that owns more than 10 percent of Defendant Superior Energy Services, LLC.

CORPORATE DISCLOSURE STATEMENT OF DEFENDANT SUPERIOR ENERGY SERVICES, LLC -- 1
No. 2:13-cv-01808-TSZ
m46688-2072614.docx

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington  98121-1128
(206) 624-8300/Fax: (206) 340-9599

1     DATED this 25th day of November, 2013.

2

3                                 *s/Adam S. Belzberg*
                                Adam S. Belzberg, WSBA #41022

4                                 GRAHAM & DUNN PC
                                Pier 70, 2801 Alaskan Way Ste 300

5                                 Seattle, WA  98121-1128
                                Tel:  (206) 340-9654

6                                 Fax:  (206) 3409-9599
                                Email:  abelzberg@grahamdunn.com

7                                 *Attorneys for Defendants Superior Energy Services, LLC and Joseph Dayton*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

CORPORATE DISCLOSURE
STATEMENT OF DEFENDANT
SUPERIOR ENERGY SERVICES,
LLC -- 2
No. 2:13-cv-01808-TSZ

m46688-2072614.docx

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington  98121-1128
(206) 624-8300/Fax: (206) 340-9599

# CERTIFICATE OF SERVICE

The undersigned declares as follows: on the 25th day of November, 2013, a copy of the foregoing document was served on counsel for plaintiff, via the court's CM/ECF system, at the address set forth below.

>Patrick L. McGuigan
>Kathryn A. Kuhlenberg
>HKM EMPLOYMENT ATTORNEYS PLLC
>1325 Fourth Ave Ste 540
>Seattle, WA  98101
>plmcguigan@hkm.com
>kkuhlenberg@hkm.com

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Signed at Seattle, Washington this 25th day of November, 2013.

>*s/Adam S. Belzberg*
>Adam S. Belzberg, WSBA #41022
>GRAHAM & DUNN PC
>Pier 70, 2801 Alaskan Way Ste 300
>Seattle, WA  98121-1128
>Tel:  (206) 340-9654
>Fax:  (206) 3409-9599
>Email:  abelzberg@grahamdunn.com
>*Attorneys for Defendants Superior Energy Services, LLC and Joseph Dayton*

CORPORATE DISCLOSURE STATEMENT OF DEFENDANT SUPERIOR ENERGY SERVICES, LLC -- 3
No. 2:13-cv-01808-TSZ
m46688-2072614.docx

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington  98121-1128
(206) 624-8300/Fax: (206) 340-9599