THE HONORABLE THOMAS S. ZILLY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTIN MEAD, ANTHONY DISTEFANO, ANTHONY TOTTENHAM, VINCE PARTIN, CHARLES JOHNSON YOUNG, and JUSTIN SMITH;<br><br>Plaintiffs,<br><br>vs.<br><br>SUPERIOR ENERGY SERVICES, LLC, a Louisiana corporation, and JOSEPH DAYTON, and the marital community comprised thereof,<br><br>Defendants. | No. 2:13-cv-1808-TSZ<br><br>**COMBINED JOINT STATUS REPORT AND DISCOVERY PLAN AS REQUIRED BY FRCP 26(F) AND LOCAL RULE CR 16** |

The parties submit this Joint Status Report pursuant to Western District Local Rule 16(a), Federal Rule of Civil Procedure 26(f), and the Court's previous Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement.

**1.      Nature and Complexity of the Case.**

This is a failure to pay wages and willful withholding of wages case involving claims by Plaintiffs for violations of the Fair Labor Standards Act "(FLSA"), 29 U.S.C. § 201 *et seq.*, RCW 49.46 *et seq.* and RCW 49.52 *et seq.*  Plaintiff Distefano also asserted breach of

JOINT STATUS REPORT AND
DISCOVERY PLAN - 1
(2:13-cv-1808-TSZ)

HKM EMPLOYMENT ATTORNEYS PLLC
1325 Fourth Avenue, Suite 540
Seattle, Washington 98101
(206) 838-2504

contract and promissory estoppel claims.  Defendant Superior Energy Services denies liability for each of Plaintiff's claims and maintains that Plaintiff is not entitled to any damages as a result of its actions. This lawsuit is not unduly complex.

**2.     Proposed Deadline for Joining Additional Parties.**

Any additional parties will be joined within 30 days.  If any of Defendants are not served within 30 days, they will be removed from these proceedings.

**3.     Magistrate.** No, the parties do not consent to trial by magistrate.

**4.     Proposed Discovery Plan.**

4.A.    The parties held a FRCP 26(f) conference on November 27, 2013.  Initial disclosures were exchanged on December 16, 2013.

4.B.    Discovery may be needed on the following subjects:

- Claims asserted by Plaintiff;
- Damages asserted by Plaintiff; and
- Affirmative defenses asserted by Defendant.

4.C.    The parties agree to confer regarding the appropriate format for electronic discovery.

4.D.    The parties shall produce a privilege log identifying all documents withheld on privilege grounds.  Where a privileged document or a document containing work-product information is inadvertently produced during discovery, the party producing the document shall, upon learning of its disclosure, immediately request its return.  The parties shall engage in good faith discussions regarding whether any document inadvertently disclosed during

JOINT STATUS REPORT AND
DISCOVERY PLAN - 2
(2:13-cv-1808-TSZ)

HKM EMPLOYMENT ATTORNEYS PLLC
1325 Fourth Avenue, Suite 540
Seattle, Washington  98101
(206) 838-2504

discovery shall be returned to the disclosing party and whether the inadvertent disclosure will result in a waiver of the applicable privilege. If the parties' good faith discussions do not resolve the issue, the party producing the document reserves the right to petition the Court for an order that the document is privileged or contains work-product information and that disclosure does not constitute a waiver of the applicable privilege. The parties hereby expressly incorporate Fed. R. Evid. 502.

    4.E.    At this point the parties have not identified any necessary changes or limitations on discovery imposed under the Federal and Local Civil Rules. The parties will manage discovery so as to minimize expense by working cooperatively to limit depositions and to focus discovery on disputed issues.

    4.F.    The parties expect to submit to the Court a proposed Stipulated Protective Order that protects the confidentiality of documents and information exchanged in discovery and which sets forth a process of seeking further protection for confidential documents which may be used in discovery, motions practice, trial or otherwise in this matter.

**5.    Local Civil Rule 26(f)(1).**

    5.A.  Prompt Case Resolution. The parties have discussed settlement possibilities and mediation.

    5.B.  ADR Method. Plaintiff believes that private mediation may be appropriate in this matter. To the extent that the parties agree to engage in ADR, they anticipate doing so prior to the filing of any dispositive motions.

    5.C.  There are no related cases.

JOINT STATUS REPORT AND
DISCOVERY PLAN - 3
(2:13-cv-1808-TSZ)

**HKM EMPLOYMENT ATTORNEYS PLLC**
1325 Fourth Avenue, Suite 540
Seattle, Washington 98101
(206) 838-2504

5.D.  Discovery Management.

- Fact discovery should be completed by July 14, 2014.

- Disclosure of Plaintiff's experts should be completed by May 12, 2014.

- Disclosure of Defendant's experts should be completed by June 16, 2014.

- Dispositive Motions shall be filed by September 15, 2014.

5.E.  Discovery may be needed on the following subjects:

- Claims asserted by Plaintiff;

- Damages asserted by Plaintiff; and

- Affirmative defenses asserted by Defendant.

5.F.  Early resolution of dispositive motions is anticipated without the need to have structured phasing of motions.

5.G.  The parties shall take all steps to preserve all discoverable information and documents.

5.H.  ER 502 and FRCP 26(5)(B) standards, procedures and protocols provide adequate standards and protocols in regard to inadvertent production of privileged information.

5.I./5.J.  Complicated electronic discovery is not contemplated; a process apart from the Model ESI discovery protocols is not anticipated or requested.

**6.**   Fact discovery should be completed by July 14, 2014.

Disclosure of Plaintiff's experts should be completed by May 12, 2014.

JOINT STATUS REPORT AND
DISCOVERY PLAN - 4
(2:13-cv-1808-TSZ)

HKM EMPLOYMENT ATTORNEYS PLLC
1325 Fourth Avenue, Suite 540
Seattle, Washington 98101
(206) 838-2504

Disclosure of Defendant's experts should be completed by June 16, 2014.

Dispositive Motions shall be filed by September 15, 2014.

**7.** The parties do not agree to bifurcation of trial.

**8.** At this time, the parties do not agree to dispense with pretrial statements and pretrial order.

**9.** The parties may consider utilizing the ADR options set forth in Local Civil Rule 39.1.

**10.** The parties will stipulate to undisputed facts and evidence at an appropriate time prior to trial.

**11.** The case should be ready for trial by December 15, 2014.

**12.** Plaintiffs have demanded trial by jury.

**13.** The parties believe the case will require 5 trial days.

**14.** Plaintiffs' Counsel:
Patrick Leo McGuigan, WSBA #28897
Kathryn A. Kuhlenberg, WSBA #45737
**HKM Employment Attorneys PLLC**
1325 Fourth Avenue, Suite 540
Seattle, WA 98101
Tel: (206) 838-2504
Email: plmcguigan@hkm.com
Email: kkuhlenberg@hkm.com

Defendant's Counsel:   Adam Belzberg, WSBA #19645
**GRAHAM AND DUNN**
Pier 70, 2801 Alaskan Way Ste 300
Seattle, WA 98121

**15.** The parties are unaware at this time of dates which may complicate the setting of a trial date.

JOINT STATUS REPORT AND
DISCOVERY PLAN - 5
(2:13-cv-1808-TSZ)

**HKM EMPLOYMENT ATTORNEYS PLLC**
1325 Fourth Avenue, Suite 540
Seattle, Washington 98101
(206) 838-2504

**16.** All currently named defendants have been served as of the date of this report.

**17.** The parties do not require a scheduling conference prior to the scheduling order being entered.

**18.** Defendants will file their corporate disclosure statement pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.1

DATED this 16th day of December, 2013.

| | |
|---|---|
| */s/ Kathryn Kuhlenberg* | */s/ Adam Belzberg* |
| Kathryn Kuhlenberg, WSBA #45737 | Adam Belzberg, WSBA #19645 |
| **HKM EMPLOYMENT ATTORNEYS PLLC** | **GRAHAM AND DUNN** |
| 1325 Fourth Avenue, Suite 540 | Pier 70, 2801 Alaskan Way Ste 300 |
| Seattle, WA 98101 | Seattle, WA 98121 |
| Tel: 206-838-2504 | Tel: 206-340-9654 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

JOINT STATUS REPORT AND
DISCOVERY PLAN - 6
(2:13-cv-1808-TSZ)

**HKM EMPLOYMENT ATTORNEYS PLLC**
1325 Fourth Avenue, Suite 540
Seattle, Washington 98101
(206) 838-2504

# CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2013, I served a true and correct copy of the foregoing document, ***Combined Joint Status Report And Discovery Plan As Required By FRCP 26(f) And Local Rule CR 16***, on the following attorneys of record in the manner indicated below:

| | |
|---|---|
| Adam S. Belzberg<br>Graham & Dunn PC<br>Pier 70, 2801 Alaskan Way Ste 300<br>Seattle, WA 98121-1128<br>(206) 340-9654 (o)<br>(206 340-9599 (f)<br>Email: abelzberg@grahamdunn.com | _____ Via Hand Delivery<br>_____ Via U.S. 1st Class Mail<br>_____ Via Facsimile<br>__XX__ Via Email<br>__XX__ Via ECF/WAWD Notification |

I certify under penalty of perjury that the foregoing is true and correct.

Dated this 16th day of December, 2013.

*s/ Danielle Conzelman*
Danielle Conzelman, Paralegal
**HKM Employment Attorneys PLLC**

JOINT STATUS REPORT AND
DISCOVERY PLAN - 7
(2:13-cv-1808-TSZ)

**HKM EMPLOYMENT ATTORNEYS PLLC**
1325 Fourth Avenue, Suite 540
Seattle, Washington  98101
(206) 838-2504