UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTIN MEAD, et al., | |
| Plaintiff(s), | Case No. 2:13−cv−01808−TSZ |
| v. | |
| SUPERIOR ENERGY SERVICES LLC, et al., | MINUTE ORDER SETTING TRIAL DATE AND RELATED DATES |
| Defendant(s). | |

| | |
|---|---|
| **JURY TRIAL DATE** | **January 12, 2015** |
| Length of Trial | 5 days |
| Deadline for joining additional parties | January 15, 2014 |
| Deadline for amending pleadings | June 18, 2014 |
| Disclosure of expert testimony under FRCP 26(a)(2) | June 18, 2014 |
| All motions related to discovery must be filed by and noted on the motion calendar no later than the third Friday thereafter (see LCR 7(d)) | July 18, 2014 |
| Discovery completed by | August 18, 2014 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d)) | September 16, 2014 |

| | | |
|---|---|---|
| 1 | All motions in limine must be filed by and noted on the motion calendar no later than the Friday before the Pretrial Conference. (See LCR 7(d)(4)) | December 10, 2014 |
| 2 | Agreed pretrial order due | December 30, 2014 |
| 3 | Trial briefs, proposed voir dire questions and jury instructions | December 30, 2014 |
| 4 | Pretrial conference to be held at **02:00 PM** on | January 2, 2015 |

These dates are set at the direction of the Court after reviewing the joint status report and discovery plan submitted by the parties. All other dates are specified in the Local Civil Rules. If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day. These are firm dates that can be changed only by order of the Court, not by agreement of counsel or parties. The Court will alter these dates only upon good cause shown: failure to complete discovery within the time allowed is not recognized as good cause.

As required by LCR 37(a), all discovery matters are to be resolved by agreement if possible. Counsel are further directed to cooperate in preparing the final pretrial order in the format required by LCR 16.1.

The original and one copy of the trial exhibits are to be delivered to the courtroom the morning of the trial. Each exhibit shall be clearly marked. Plaintiff's exhibits shall be numbered consecutively beginning with 1; defendant's exhibits shall be numbered consecutively beginning with A−1. Duplicate documents shall not be listed twice: once a party has identified an exhibit in the pretrial order, any party may use it. Each set of exhibits shall be submitted in a three−ring binder with appropriately numbered tabs.

Counsel must be prepared to begin trial on the date scheduled, but it should be understood that the trial might have to await the completion of other cases.

Should this case settle, counsel shall notify Claudia Hawney at (206) 370−8830 as soon as possible.

A copy of this Minute Order shall be mailed to all counsel of record.

                                 s/ Claudia Hawney
                        Judicial Assistant/Deputy Clerk to
           Hon. Thomas S. Zilly, United States District Judge