The Honorable Thomas S. Zilly

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MARTIN MEAD, ANTHONY DISTEFANO, ANTHONY TOTTENHAM, VINCE PARTIN, CHARLES JOHNSON YOUNG, and JUSTIN SMITH,<br><br>Plaintiffs,<br><br>vs.<br><br>SUPERIOR ENERGY SERVICES, LLC, a Louisiana corporation, and JOSEPH DAYTON, and the marital community comprised thereof,<br><br>Defendants. | No. 2:13-cv-01808-TSZ<br><br>NOTICE OF UNAVAILABILITY OF COUNSEL FOR DEFENDANTS |

TO:         THE CLERK OF THE COURT

TO:         Plaintiffs

AND TO     Plaintiffs' Counsel, Patrick L. McGuigan and Kathryn A. Kuhlenberg of HKM Employment Attorneys PLLC

   PLEASE TAKE NOTICE that Adam S. Belzberg, attorney of record for defendants in the above-captioned matter, will be out of town, and therefore unavailable for motions, depositions, and other proceedings, from December 24, 2013 through and including January 2, 2014.

NOTICE OF UNAVAILABILITY OF
COUNSEL FOR DEFENDANTS -- 1

No. 2:13-cv-01808-TSZ
m46688-2089988.docx

GRAHAM & DUNN PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington  98121-1128
(206) 624-8300/Fax: (206) 340-9599

1   DATED this 20th day of December, 2013.

2
                                        s/Adam S. Belzberg
3                                       Adam S. Belzberg, WSBA #41022
                                        GRAHAM & DUNN PC
4                                       Pier 70, 2801 Alaskan Way Ste 300
                                        Seattle, WA  98121-1128
5                                       Tel:  (206) 340-9654
                                        Fax:  (206) 3409-9599
6                                       Email:  abelzberg@grahamdunn.com
                                        *Attorneys for Defendants Superior Energy Services,
7                                       LLC and Joseph Dayton*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

NOTICE OF UNAVAILABILITY OF            **GRAHAM & DUNN** PC
COUNSEL FOR DEFENDANTS -- 2            Pier 70, 2801 Alaskan Way ~ Suite 300
                                        Seattle, Washington  98121-1128
                                        (206) 624-8300/Fax: (206) 340-9599
No. 2:13-cv-01808-TSZ

m46688-2089988.docx

# CERTIFICATE OF SERVICE

The undersigned declares as follows:  on the 20th day of December, 2013, a copy of the foregoing document was served on counsel for plaintiff, via the court's CM/ECF system, at the address set forth below.

> Patrick L. McGuigan
> Kathryn A. Kuhlenberg
> HKM EMPLOYMENT ATTORNEYS PLLC
> 1325 Fourth Ave Ste 540
> Seattle, WA  98101
> plmcguigan@hkm.com
> kkuhlenberg@hkm.com

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Signed at Seattle, Washington this 20th day of December, 2013.

> *s/Adam S. Belzberg*
> Adam S. Belzberg, WSBA #41022
> GRAHAM & DUNN PC
> Pier 70, 2801 Alaskan Way Ste 300
> Seattle, WA  98121-1128
> Tel:  (206) 340-9654
> Fax:  (206) 3409-9599
> Email:  abelzberg@grahamdunn.com
> *Attorneys for Defendants Superior Energy Services, LLC and Joseph Dayton*

NOTICE OF UNAVAILABILITY OF
COUNSEL FOR DEFENDANTS -- 3

No. 2:13-cv-01808-TSZ
m46688-2089988.docx

GRAHAM & DUNN PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington  98121-1128
(206) 624-8300/Fax: (206) 340-9599